**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NEOPOST
08/12/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 07716
041L10421986

Samuel A James 50
1840 NJ Highway 36
Atlantic Highlands 07716

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Superior Court of
New Jersey
Case # 282797
Appeal to U.S District
Court
Board of Public
Code Diens Office
Kilgns Docket

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

19-16822
(MAS/TJB)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.**    **Parties in this complaint:**    to Be Amended

**A.**    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Patricia B. Roe |
| | Street Address | 11 & Washington St |
| | County, City | Toms River NJ 08711 |
| | State & Zip Code | |
| | Telephone Number | |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [X] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *TITLE 28 SECTION 1602-1611 FREEDOM Documents 11th Amendment Code or Federal Regulation Chapter 52 971-982*

-2-

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship *REPARATION FOR my RACE*

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur?

*July 15, 2019 to Jan 1920*

| What happened to you? |
| --- |

C.      Facts: *We Have to wait for Speed litigation or U.S. Department of Justice*

| Who did what? |
| --- |

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Illness in body bye and we need complex* _____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*A bove $75,000,00 Dollars*

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20 ___ .

Signature of Plaintiff _____

Mailing Address _____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Helen Doick Esq
P.O. Box 272
Trenton NJ 08625
609 588 6500

Signature of Plaintiff: _____